IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMKOR TECHNOLOGY, INC., A Delaware Corporation,<br><br>            Plaintiff,<br><br>       v.<br><br>ALCATEL MICROELECTRONICS N.V., a Belgian Corporation, ALCATEL BUSINESS SYSTEMS, a French Corporation, and ASSURANCES GENERALES DE FRANCE IART, a French Corporation,<br><br>            Defendants. | CIVIL ACTION NO. 02-3156 |

**PLAINTIFF'S RESPONSE AND EXPEDITED MOTION TO STAY CONSIDERATION OF DEFENDANTS ALCATEL BUSINESS SYSTEMS AND ASSURANCES GENERALES DE FRANCE IART'S MOTION TO DISMISS**

For the reasons set forth in the attached supporting Memorandum of Law, along with the Affidavit of David S. Steuer, Esquire, Plaintiff Amkor Technology, Inc. moves this Court for an entry to stay consideration of Defendants Alcatel Business Systems and Assurances Generales De France Iart's Motion to Dismiss and to permit Plaintiff Amkor Technology, Inc. to take jurisdictional discovery.

Respectfully submitted,

**DUANE MORRIS LLP**

By: _____
       Patrick J. Loftus
       One Liberty Place
       Philadelphia, PA 19103-7396
       (215) 979-1367

Attorneys for Plaintiff
AMKOR TECHNOLOGY, INC.

Dated: October 2, 2002

PH2\677060.1