## **CERTIFICATE OF SERVICE**

I, Patrick J. Loftus, Esquire, hereby certify that a true and correct copy of the foregoing Response and Expedited Motion to Stay Consideration of Defendants Alcatel Business Systems and Assurances Generales De France Iart's Motion to Dismiss, was served on the following by Hand Delivery, this 25th day of September 2002:

>Louis J. Isaacsohn, Esquire
>Wilson, Elser, Moskowitz, Edelman & Dicker LLP
>Independence Square West
>The Curtis Center, Suite 1130 East
>Philadelphia, PA  19106-3308

_____
Patrick J. Loftus, Esquire

PH2\677061.1