IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| AMKOR TECHNOLOGY, INC., A Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL MICROELECTRONICS N.V., a Belgian Corporation, ALCATEL BUSINESS SYSTEMS, a French Corporation, and ASSURANCES GENERALES DE FRANCE IART, a French Corporation, <br><br> Defendants. | CIVIL ACTION NO. 02-3156 |

## ORDER

AND NOW, this ____ day of _____, 2002, upon consideration of Plaintiff Amkor Technology, Inc.'s Response and Expedited Motion to Stay Consideration of Defendants Alcatel Business Systems and Assurances Generales De France Iart's Motion to Dismiss, and any response thereto,

It is hereby ORDERED and DECREED that such motion is GRANTED as follows:

1. Amkor Technology, Inc. will have ninety (90) days from the date of this Order to take jurisdictional discovery relating to Defendants' Motion to Dismiss;

2. Upon completion of such jurisdictional discovery, Plaintiff will submit its response to Defendants' Motion to Dismiss; and

- 2 -

3. The Court will withhold consideration of Defendants' Motion to Dismiss until such time that Plaintiff has completed its jurisdictional discovery and filed its response to Defendants' Motion to Dismiss as set forth above.

                               BY THE COURT:

                               _____
                               HON. LOUIS H. POLLAK,
                               United States District Judge