IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMKOR TECHNOLOGY, INC., a Delaware Corporation, <br><br> Plaintiff/Petitioner, <br><br> v. <br><br> ALCATEL BUSINESS SYSTEMS, a French Corporation, ASSURANCES GENERALES DE FRANCE IART, a French Corporation, and ALCATEL MICROELECTRONICS N.V., a Belgian corporation <br><br> Defendants/Respondents. | CIVIL ACTION NO.: 02-3156 |

**JOINT SUBMISSION OF ORDERS ISSUED BY FRENCH TRIBUNALS**

**WITH ENGLISH TRANSLATIONS IN RESPONSE TO**

**COURT'S MAY 22, 2003 ORDER**

Pursuant to the Court's Order entered on May 22, 2003, Plaintiff Amkor Technology, Inc. and defendants Alacatel Business Systems and Assurances Generales de France Iart make this Joint Submission of Orders Issued by the French Tribunals with their English Translations.

1.  Attached hereto as Exhibit A1 is a true and correct copy of the Tribunal de Commerce de Paris, Ordonnance de Refere Pronocee Le Vendredi 12 Avril 2002 par Madame Mesnil, President, Assistee de Monsieur Loff, Greffier.

2.  Attached hereto as Exhibit A2 is a true and correct copy of the Paris Commercial Court, Summary Order Issued on Friday, April 12, 2002 by Mrs. Mesnil, Presidening Judge, Assisted by Mr. Loff, Clerk, which is an English translation of the Ordonnance submitted as Exhibit A1.

3.  Attached hereto as Exhibit B1 is a true and correct copy of the Tribunal de Commerce de Paris Ordonnance de Refere Prononcee Le 03/07/2002 par Madame Rault President, Assistee de Madame Vasseur Greffier.

      4.      Attached hereto as Exhibit B2 is a true and correct copy of the Tribunal de Commerce of Paris, Summary Order pronounced on 3 July 2002, by Madame Rault, President, attended by Madame Vasseur, Clerk of the Court, which is an English translation of the Ordonnance submitted as Exhibit B1.

      5.      Attached hereto as Exhibit C1 is a true and correct copy of the Cour d'Appel de Paris, 14ieme chambre, section B, Arret du 28 Fevrier 2003.

      6.      Attached hereto as Exhibit C2 is a true and correct copy of the Paris Court of Appeal, 14th Chamber, Section B, Decision of February 28, 2003, which is an English translation of the Arret submitted as Exhibit C1.

Dated: __6/5/03_____     DUANE MORRIS LLP

                               By:___/s/ Patrick Loftus__

                                   Patrick Loftus
                                   PA. ID. 60417

                                One Liberty Place
                                Philadelphia, PA 19103-7396
                                Telephone: (215) 979-1000
                                Facsimile:  (215) 979-1020

                                Attorneys for Plaintiff
                                AMKOR TECHNOLOGY, INC.

Of Counsel:

David S. Steuer (CA State Bar #127059) (pro hac vice application submitted)
Ignacio E. Salceda (CA State Bar #164017) (pro hac vice application submitted)

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100

-3-

| | |
|---|---|
| Dated: ___6/5/03_____ | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| | By:__/s/Thomas A. Leghorn |
| _____ | Thomas A. Leghorn |

Independence Square West
The Curtis Center, Suite 1130 East
Philadelphia, Pennsylvania 19106-3308
(215) 627-6900

150 East 42nd Street
New York, New York 10017-5639
(212) 490-3000

Attorneys for Defendants
ALCATEL BUSNESS SYSTEMS and
ASSURANCES GENERALES DE FRANCE
IART