UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMKOR TECHNOLOGY, INC., a Delaware Corporation, <br><br> Plaintiff/Petitioner, <br><br> v. <br><br> ALCATEL BUSINESS SYSTEMS, a French Corporation, ASSURANCES GENERALES DE FRANCE IART, a French Corporation, and ALCATEL MICROELECTRONICS N.V., a Belgian corporation <br><br> Defendants/Respondents. | NO.: 02-3156 <br><br> AMKOR TECHNOLOGY, INC.'S SUBMISSION RE FURTHER BRIEFING ON JURISDICTION |

AMKOR Technology respectfully submits the following in response to the Court's Order of May 22, 2003, concerning additional briefing on the question of jurisdiction.

The parties have been engaged in document discovery and have now agreed on the scheduling of three depositions, to take place in Paris, France later in June.  *See* letter from Ignacio E. Salceda to Thomas Leghorn, dated June 3, 2003, a copy of which is attached.

The parties have conferred on the filing of supplemental briefing concerning jurisdiction. Subject to the Court's approval, the parties would propose that Amkor file its supplemental brief by July 18 and Alcatel Microelectronics N.V., and Assurances Generales De France Iart would file their response brief by August 1.

Dated: _____                                                                 DUANE MORRIS LLP


                    By:__/s/ Patrick Loftus_____
                          Patrick Loftus
                          PA. ID. 60417

One Liberty Place
Philadelphia, PA 19103-7396
Telephone:  (215) 979-1000
Facsimile:  (215) 979-1020

-2-

Of Counsel:

WILSON SONSINI GOODRICH & ROSATI
  Professional Corporation
David S. Steuer (CA State Bar #127059)
Ignacio Salceda (CA State Bar #164017)
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100