UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMKOR TECHNOLOGY, INC., a Delaware Corporation,<br><br>       Plaintiff<br><br>   v.<br><br>ALCATEL BUSINESS SYSTEMS, a French Corporation, ASSURANCES GENERALES DE FRANCE IART, a French Corporation, and ALCATEL MICROELECTRONICS N.V., a Belgian Corporation,<br><br>       Defendants | CIVIL ACTION<br><br>No. 02-3156 |

**ORDER**

June 20, 2003

    Pending before this court are a motion to dismiss filed by defendants Alcatel Business Systems ("ABS") and Assurances Generales de France Iart ("AGF"). On May 21, 2003, I signed an order directing plaintiff Amkor Technology, Inc. ("Amkor") to submit, within two weeks of the order, supplemental briefing regarding the pending motion to dismiss. The moving defendants were given two weeks from the receipt of Amkor's submission to file any response.

    I have now been informed that the parties have agreed on an alternate briefing schedule. This order formalizes that schedule.

    It is hereby ORDERED that Amkor shall submit supplemental briefing regarding the

pending motion to dismiss by July 18, 2003. The moving defendants are to file their response by August 1, 2003.

_____
Pollak, J.