UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
---------------------------------------------------------------------- x

AMKOR TECHNOLOGY, INC., a Delaware Corporation,    Case No. 02-3156

                    Plaintiff/Petitioner,       **DECLARATION OF**
                                                   **THOMAS A. LEGHORN**

                    v.

ALCATEL BUSINESS SYSTEMS,  a French Corporation,
ASSURANCES GENERALES DE FRANCE IART, a
French Corporation, and ALCATEL
MICROELECTRONICS N.V.,  a Belgian corporation.

                    Defendants/Respondents.

---------------------------------------------------------------------- x

        THOMAS A. LEGHORN, an attorney, declares that the following statements are true and correct under the penalty of perjury:

        1.      I am a member of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, attorneys for the defendants ALCATEL BUSINESS SYSTEMS (hereinafter "ABS"), and ASSURANCES GENERALES DE FRANCE IART (hereinafter "AGF"), as such, I am fully familiar with the facts and circumstances of the within motion.

        2.      I submit this Declaration in further support of the defendants' motion to dismiss the complaint filed by AMKOR TECHNOLOGY, INC., a Delaware Corporation (hereinafter "AMKOR") pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction and Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted and/or pursuant to the doctrine of *forum non conveniens*.

        3.      Annexed hereto and made a part hereof as Exhibit A is a true and correct copy of the complete transcript of the deposition of Dominique Castel taken on June 25, 2003.

4.      Annexed hereto and made a part hereof as Exhibit B is a true and correct copy of the complete transcript of the deposition of Herve Karabadajakian taken on June 25, 2003.

5.      Annexed hereto and made a part hereof as Exhibit C is a true and correct copy of the complete transcript of the deposition of Sylvie Lallement taken on June 26, 2003.

Dated:  White Plains, New York
        July 31, 2003

_____
                    Thomas A. Leghorn