## CERTIFICATE OF SERVICE

Wendy D. Testa, Esquire, attorney for Defendants, Alcatel Business Systems, a French Corporation and Assurances Generales De France Iart, a French corporation, certifies that on August 1, 2003 she sent by United States mail, first class, postage prepaid, a true and correct copy of the Supplemental Memorandum of Law in Support of Defendants' Alcatel Business Systems and Assurances Generales De France Iart Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b) and 12(b)(6) to:

Patrick J. Loftus, Esquire
Duane Morris  LLP
1650 Market Street, 39th Floor
Philadelphia, PA 19103

 

_____
Wendy D. Testa, Esquire

97833.1