UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMKOR TECHNOLOGY, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>ALCATEL BUSINESS SYSTEMS, a French Corporation, ASSURANCES GENERALES DE FRANCE IART, a French Corporation, and ALCATEL MICROELECTRONICS N.V., a Belgian Corporation,<br><br>　　　　　Defendants | CIVIL ACTION<br><br>No. 02-3156 |

**MEMORANDUM / ORDER**

September 22, 2003

By order entered August 26, 2003, I denied the motion by defendants Alcatel Business Systems ("ABS") and Assurances Generales de France Iart ("AGF") to dismiss this action, and ordered that the defendants submit their answer to plaintiff Amkor Technology's complaint within ten days. By order signed September 5, 2003, and entered September 9, 2003, I approved a Stipulation to Extend the Time to File an Answer, requiring the defendants to file their answer by September 22, 2003.

Since I approved the stipulation, defendants ABS and AGF moved on September 8, 2003, for reconsideration of my order denying their motion to dismiss, or, in the alternative, to certify

an order for interlocutory appeal and grant an interim stay of these proceedings.  Accordingly, I will defer the deadline for the defendants' answer pending this court's resolution of the defendants' motion.

    Accordingly, it is hereby ORDERED that the date by which defendants must submit their answer to plaintiff's complaint is DEFERRED pending this court's resolution of defendants' September 8 motion for reconsideration.

_____
Pollak, J.