## CERTIFICATE OF SERVICE

I, Patrick J. Loftus, Esquire, hereby certify that a true and correct copy of the foregoing

Memorandum of Law in Opposition to Defendants' Motion for Reconsideration or, in the

Alternative, to Certify an Order for Interlocutory Appeal Pursuant to 28 U.S.C. §1291(b) and

Interim Stay on behalf of Plaintiff Amkor Technology, Inc., was served on the following this 29th

day of September 2003 via First Class U.S. Mail: :

> Louis J. Isaacsohn, Esquire
> Wendy D. Testa, Esquire
> Wilson, Elser, Moskowitz, Edelman & Dicker LLP
> Independence Square West
> The Curtis Center, Suite 1130 East
> Philadelphia, PA  19106-3308
>
> Thomas A. Leghorn, Esquire
> Wilson, Elser, Moskowitz, Edelman & Dicker LLP
> 150 East 42[nd] Street
> New York, NY 10017-5639


_____

Patrick J. Loftus, Esquire

PH2\721292.1