IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMKOR TECHNOLOGY, INC., A Delaware Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>ALCATEL MICROELECTRONICS N.V., a Belgian Corporation, ALCATEL BUSINESS SYSTEMS, a French Corporation, and ASSURANCES GENERALES DE FRANCE IART, a French Corporation,<br><br>          Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION NO. 02-3156<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **ORDER**

AND NOW, this ____ day of _____, 2003, upon consideration of Defendants' Motion for Reconsideration or, in the Alternative, to Certify an Order for Interlocutory Appeal Pursuant to 28 U.S.C. §1292(b) and Interim Stay, and Plaintiff Amkor Technology, Inc.'s Response thereto,

It is hereby ORDERED and DECREED that Defendants' Motion is DENIED.

BY THE COURT:

_____
HON. LOUIS H. POLLAK,
United States District Judge

PH2\755858.1