IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMKOR TECHNOLOGY, INC., a Delaware Corporation, | : : : | |
| Plaintiff/Petitioner | : : | |
| v. | : : | NO.   02-3156 |
| ALCATEL MICROELECTRONICS N.V., a Belgian Corporation, ALCATEL BUSINESS SYSTEMS, a French Corporation, and ASSURANCES GENERALES DE FRANCE IART, a French Corporation, | : : : : : : | **STIPULATION** |
| Defendants/Respondents. | : | |

IT IS HEREBY STIPULATED AND AGREED that the time for Plaintiff AMKOR TECHNOLOGY, INC. to respond to Defendants ALCATEL BUSINESS SYSTEMS and ASSURANCES GENERALES DE FRANCE IART'S Motion for Reconsideration or, in the Alternative, to Certify an Order for Interlocutory Appeal Pursuant to 28 U.S.C. §1292(b) and Interim Stay is hereby extended up to and including September 29, 2003.

There have been no prior requests for an extension of time in connection with Plaintiff's Response to Defendants' Motion for Reconsideration.

**DUANE MORRIS LLP**

By:_____
    Patrick J. Loftus
Attorneys for Plaintiff
1650 Market Street, 39th Floor
Philadelphia, PA 19103-7396
(215) 979-1367

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By:_____
    Wendy D. Testa
Attorneys for Defendants
Independence Square West
The Curtis Center, Suite 1130 East
Philadelphia, PA 19106-3308
(215) 627-6900

**SO ORDERED:**

_____
U.S.D.J.

PH2\755781.1