IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
AMKOR TECHNOLOGY, INC.           :          CIVIL ACTION
                                 :
         v.                      :
                                 :
ALCATEL BUSINESS SYSTEMS, et al.:            NO. 02-3156
```

## O R D E R

AND NOW, this 30th day of March, 2004, it is

ORDERED that a telephone status conference will be held on Tuesday, April 6, 2004 at 2:00 p.m. Mr. Loftus is to initiate the conference call. Judge Pollak's chambers' telephone number is 215-597-9590.

```
Copies FAXED on 3/30/04 to:
 Louis J. Isaacsohn, Esq.     (215-627-2665)
 Wendy D. Testa, Esq.         (215-627-2665)
 David S. Steuer, Esq.        (650-565-5100)
 Monique C. Winkler, Esq.     (650-565-5100)
 Ignacio E. Salceda, Esq.     (650-565-5100)
 Patrick Loftus, Esq.         (215-979-1020)
 Thomas A. Leghorn, Esq.      (212-490-3038)
 Brett A. Scher, Esq.         (212-490-3038)
```

ATTEST:                              or   BY THE COURT


BY: _Donna M. Bozzelli_              _Louis H. Pollak_
       Deputy Clerk                         Judge

Civ 12 (9/83)