IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMKOR TECHNOLOGY, INC. : | |
| : | |
| vs. : | CIVIL ACTION NO. 02-3156 |
| : | |
| ALCATEL BUSINESS SYSTEMS, et al. : | |

**ORDER**

      **AND NOW,** this 17th day of October, 2005, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

    [ X ]   -   Order staying these proceedings pending disposition of a related action.

    [ ]   -   Order staying these proceedings pending determination of arbitration proceedings.

    [ ]   -   Interlocutory appeal filed

    [ ]   -   Other:

it is
      **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

      **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                          **BY THE COURT:**

                          /s/ Louis H. Pollak
                                                  J.

Civ. 13 (8/80)